# Exhibit 1

| Link to Infringement Page | Original Source | Registration Status | Number of Subscribers | Number of Videos | Total Number of Views |
|---|---|---|---|---|---|
| https://www.youtube.com/watch?v=FXMwJK6XSto | https://www.youtube.com/watch?v=xOgSRYpwMqM | PA 2-412-841 | 59,500 | 217 | 15,496,925 |
| https://www.youtube.com/watch?v=LjUZD8oB61Q | https://www.youtube.com/watch?v=2okncHTWpD8 | PA 2-364-276 | 59,500 | 217 | 15,496,925 |
| https://www.youtube.com/watch?v=FUQ6j7K_fB8 | https://www.youtube.com/watch?v=PFSizOheU_k | PA 2-369-592 | 59,500 | 217 | 15,496,925 |