Yaroslav Lepetyuk

channel manager OpeN YouR EyeS (respondent)

entrance Sosnovy 27

62303, Dergachi city

Ukraine

vsegdalegkoiprosto@gmail.com

_____

Matthew L. Rollin (SBN 332631) SRIPLAW,

P.A. 8730 Wilshire Boulevard Suite 350 Beverly Hills,

California 90211

Telephone 323.452.5600

Facsimile 561.404.4353

Matthew.rollin@sriplaw.com

Counsel for VIRAL DRM LLC, Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

CASE No: 3:24-CV-00746-JSC

DEFENDANT'S RESPONSE TO THE ORDER TO SUBMIT AN EXPLANATORY REASON

**TO THE HONORABLE COURT,ALL PARTIES,AND THEIR RESPECTIVE COUNSEL OF RECORD**

The defendant has received an order of the honorable court according to which by August 22, 2024, it is necessary to provide an answer and indicate the reasons why the defendant is unable to participate in the copyright infringement litigation.

I inform the court and the parties that on February 24, 2022, the Russian Federation invaded the sovereign state of Ukraine, where the defendant is located, announcing an alleged special military operation during which the Russian military occupied a large part of the country, razed to the ground entire cities of various sizes, destroyed infrastructure. Since the full-scale

invasion began, more than 14 million Ukrainians - a third of the country's population - have fled their homes. More than 6.5 million of them are scattered around the world as refugees, while some 3.7 million remain displaced in Ukraine, as reported by the UN's International Organization for Migration.

The monitoring mission confirms that since February 24, 2022, at least 11,000 civilians have been killed and 21,000 civilians have been wounded across Ukraine. Also in Ukraine, since the beginning of the full-scale invasion, a mobilization of men has been announced to protect the territorial integrity of the country and return the occupied territories, during which every day people are being recruited directly from the streets and killed at the front.

Every day in the region where the respondent is located there are military operations with the use of aviation and artillery of the aggressor country. Air alerts last continuously for up to 30 hours. Russia drops guided bombs on peaceful cities, launches ballistic and cruise missiles and unmanned aerial vehicles. In many places there is no cell phone service, no internet and long power outages to power critical facilities such as hospitals. Defendants are forced to hide in basements and bomb shelters to survive.

Thus, due to force majeure, the defendant has no objective opportunity to participate in court proceedings without internet, cell phone service, electricity, under shelling and bomb blasts! The financial situation of the defendant does not allow to evacuate to another region, as well as to leave the country until the end of the war men in Ukraine is prohibited.

To ask the court to postpone consideration of the case makes no sense as it is not known when the situation in the country will stabilize, what will be the final war and it is not known whether the defendant will survive or not under such circumstances.

 Taking into account all the above stated I ask the esteemed court to consider the case in essence without the defendant taking into account the written objections that were sent to the court and the parties earlier than July 01, 2024 and in which the position on this case is stated.

**A copy of the defendant's response to the court order was sent to the plaintiff.**

August 21, 2024                                                                                                           Yaroslav Lepetyuk