Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Attorneys for Plaintiff*
VIRAL DRM LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRAL DRM LLC,<br><br>Plaintiff,<br><br>v.<br><br>YAROSLAV LEPETYUK,<br><br>Defendant. | Case No.:  3:24-cv-00746-JSC<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR DEFAULT JUDGMENT**<br><br>The Honorable Jacqueline Scott Corley<br><br>Date: November 21, 2024<br>Time:  10:00 a.m. PT<br>Courtroom: 8 – 19th Floor |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff VIRAL DRM LLC ("Plaintiff"), by and through its attorneys, hereby moves for an application for entry of default judgment against Defendant YAROSLAV LEPETYUK ("Lepetyuk" or "Defendant"). This motion is scheduled on November 21, 2024 at 10:00 a.m. before the Honorable Jacqueline Scott Corley, in the San Francisco Courthouse, Courtroom 8, 19th Floor, at 450 Golden Gate Avenue, San Francisco, California 94102.

Plaintiff seeks entry of default judgment for Plaintiff's claims of copyright infringement, misrepresentation, and falsification of copyright management information against Lepetyuk, an

award of damages pursuant to 17 U.S.C. §§ 504, 512(f) and 1203, and an injunction pursuant to 17 U.S.C. § 502 permanently enjoining Defendant from further infringement.

DATED:  October 16, 2024         Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
Attorneys for Plaintiff Viral DRM LLC