# Exhibit 1

| Ref | Name | Subscribers | Infringement URL | Original Source | Registration Status | Title of Work | Registration Number | Videographer | CMI Claim | False Counternotice Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | OpeN YouR EyeS | 58.6K | https://www.youtube.com/watch?v=FXMwJK6XSto | https://www.youtube.com/watch?v=xOgSRYpwMqM | Registered | 3-10-23 Springville, CA & Kernville, CA Atmospheric River. | PA 2-412-841 | Brandon Clement & Jonathan Petramala | Yes | Yes |
| 2 | OpeN YouR EyeS | 58.6K | https://www.youtube.com/watch?v=LjUZD8oB61Q | https://www.youtube.com/watch?v=2okncHTWpD8 | Registered | 6.4.2022_Miami Flood. | PA 2-364-276 | Brandon Clement & Jonathan Petramala | No | Yes |
| 3 | OpeN YouR EyeS | 58.6K | https://www.youtube.com/watch?v=FUQ6j7K_fB8 | https://www.youtube.com/watch?v=PFSizOheU_k | Registered | 7.28.2022_Hindman KY underwater. | PA 2-369-592 | Brandon Clement | No | Yes |