Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*VIRAL DRM LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRAL DRM LLC,<br><br>            Plaintiff,<br><br>v.<br><br>YAROSLAV LEPETYUK,<br><br>            Defendant. | CASE NO.: 3:24-cv-00746-JSC<br><br>**DECLARATION OF MATTHEW L. ROLLIN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST YAROSLAV LEPETYUK** |

I, Matthew L. Rollin, declare and say:

1. I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff VIRAL DRM LLC ("Viral DRM") in the above-captioned matter. I provide this Declaration in support of Viral DRM's Motion for Entry of a Final Default Judgment against Defendant YAROSLAV LEPETYUK ("Lepetyuk" or "Defendant"). I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to the matters set forth herein.

2. Lepetyuk has refused to show up or otherwise respond in this case[1].

---

[1] Defendant appeared and filed an answer, but subsequently refused to appear for any hearings, including an Order to Show Cause hearing. The Court issued an order striking Defendant's answer and entering her into default. *See* ECF 35.

1

SRIPLAW
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ INDIANA ♦ TENNESSEE ♦ NEW YORK

3. Injunctive relief is warranted because Lepetyuk has refused to respond to Counsel or the Court, and due to its lack of a response, there is a chance it could infringe again in the future.

4. For purposes of setting the post-judgment interest rate under 28 U.S.C. § 1961, the average 1-year constant maturity Treasury yield through October 11, 2024, was 4.18 percent. Attached as **Exhibit 1** is a true and correct copy of a table of current federal interest rates, which I obtained from the Federal Reserve Board's website at https://www.federalreserve.gov/releases/h15/ (printout of "Treasury Constant Maturities," displaying "1-year Treasury constant maturity"). Also attached as **Exhibit 2** is an explanation of how to obtain the information, from http://www.uscourts.gov/services-forms/fees/post-judgement-interest-rate.

5. My office caused a copy of Viral DRM's Motion to be emailed to Lepetyuk on October 15, 2024. Viral DRM has served Lepetyuk with its requested damage amount with its counsel's service of this motion on Lepetyuk.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 15, 2024

*/s/ Matthew L. Rollin*
Matthew L. Rollin