Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Viral DRM LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 3:24-cv-00746-JSC |
| Plaintiff, | **DECLARATION OF MATTHEW L. ROLLIN** |
| v. | |
| YAROSLAV LEPETYUK, | |
| Defendant. | |

I, Matthew L. Rollin, declare and say:

    1.    I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff VIRAL DRM LLC ("Viral DRM") in the above-captioned matter. I make this Declaration, which is filed in support of Viral DRM's Administrative Motion to File Under Seal, and I could and would testify competently to the matters set forth herein.

    2.    Viral DRM submits this Motion to File Under Seal on the grounds that the Assignments contain confidential information that should not be disclosed to the public.

    3.    These documents not only include private information between the Parties, but also contain confidential information to Viral DRM's business dealings.

4. To protect the confidentiality and security of Viral DRM's business information and photographers' private information, Plaintiff and Plaintiff's Counsel respectfully requests the Court for Viral DRM to be allowed to file the agreements under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 20, 2024

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN