1
2
3
4          UNITED STATES DISTRICT COURT
5         NORTHERN DISTRICT OF CALIFORNIA
6
7   VIRAL DRM LLC,                        Case No.  24-cv-06509-TLT
8              Plaintiff,
                                          **REFERRAL FOR PURPOSE OF**
9        v.                               **DETERMINING RELATIONSHIP**
10  RADIO E TELEVISAO BANDEIRANTES        Re: Dkt. No. 21
    SA,
11             Defendant.
12
13         Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the
14  Honorable Jacqueline Scott Corley for consideration of whether the case is related to 24-cv-
15  00746-JSC and  24-cv-00739-JSC.
16         **IT IS SO ORDERED.**
17  Dated: December 26, 2024
18                                        _____
19                                        TRINA L. THOMPSON
                                          United States District Judge
20
21  Additional Possible Related Case Cases:
    3:23-cv-04300-JSC
22  3:23-cv-05594-JSC
    3:24-cv-00747-JSC
    3:24-cv-06858-TLT
23
24
25
26
27
28

United States District Court
Northern District of California