Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff Viral DRM LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| VIRAL DRM LLC, | CASE NO.: 3:24-cv-00746-JSC |
|---|---|
| Plaintiff, | **ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO THIS COURT'S ORDER TO SHOW CAUSE ENTERED AT ECF 43** |
| v. | |
| YAROSLAV LEPETYUK, | The Honorable Jacqueline Scott Corley |
| Defendant. | Original Due Date: January 6, 2025 |
| | Proposed Due Date: January 21, 2025 |

Plaintiff Viral DRM, LLC ("Viral DRM") by and through its undersigned counsel, hereby moves this Court for an extension of time to respond to this Court's Order To Show Cause entered at ECF 43 on December 9, 2024, and as grounds therefore, states as follows:

1.    Viral DRM filed its Motion for Default Judgment ("Motion") on October 15, 2024, at ECF 36.

2.    On October 23, 2024, this Court entered its Order requesting supplemental information in support of Viral DRM's Motion (ECF 38).

3.    Viral DRM filed its Supplemental Information at ECF 39 on October 31, 2024.

4.    A hearing on Viral DRM's Motion was held on November 6, 2024 (ECF 40). During the hearing, the Court requested additional supplemental information, and Viral DRM filed same on November 20, 2024, at ECF 42.

5.   On December 9, 2024, this Court entered its Order to Show Cause Regarding Viral DRM's Standing at ECF 43, instructing Viral DRM to file additional documents by December 16, 2024, and for Viral DRM to respond to the Order by January 6, 2025.

6.   On December 16, 2024, Plaintiff filed additional documents consisting of licensing agreements with the Court. However, the investigation into standing has taken more time than anticipated for several reasons, specifically Mr. Clement's travel, my illnesses, and the holiday season.

   a.  Mr. Clement has traveled extensively since December 9, 2024. Mr. Clement has twice traveled to Southeast Asia in this time including Viet Nam and Thailand. In addition, Mr. Clement has traveled throughout the U.S. to film videos of tornadoes in different states. Mr. Clement's travel has made it difficult to speak with him and review documents since December 9, 2024.

   b.  I have been out of the office both for the holidays and because I was ill. I am still recovering from an illness I contracted on December 25, 2024.

   c.  The Christmas and New Year holidays have made it even more difficult to consult with Mr. Clement since Mr. Clement has also covered events like New Years' Fireworks in different parts of the world.

7.   Viral DRM now requests an additional fourteen (14) days to respond to this Court's Order to Show Cause, up to and including January 21, 2025[1].

8.   Viral DRM has nine (9) related cases and for each a similar Order to Show Cause was entered.

9.   Viral DRM requests an additional fourteen (14) days to respond to this Court's Order to Show Cause.

10.  No defendant has appeared with which to confer on this extension request. This brief extension will not cause any prejudice to the Parties or the Court.

---

[1] January 20, 2025, is MLK, Jr. Day, a Court Holiday.

WHEREFORE, Plaintiff VIRAL DRM, LLC, prays this Honorable Court for an extension of time to respond to its Order to Show Cause, up to and including January 21, 2025, and for such other and further relief as to this Court deems just and proper in the premises.

DATED: January 2, 2025                    Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiff Viral DRM LLC*