Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff Viral DRM LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 3:24-cv-00746-JSC |
| Plaintiff, | **DECLARATION OF MATTHEW L. ROLLIN IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE** |
| v. | |
| YAROSLAV LEPETYUK, | |
| Defendant. | |

I, Matthew L. Rollin, declare and say:

1. I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff VIRAL DRM LLC ("Viral DRM") in the above-captioned matter. I make this Declaration, which is filed in support of Viral DRM's Administrative Motion for Extension of Time to Respond to this Court's Order to Show Cause.

2. I make this declaration in support of Viral DRM's motion for extension of time to Respond to this Court's Order to Show Cause.

3. Viral DRM has nine (9) related cases and for each, a similar Order to Show Cause was entered.

4. Viral DRM requests an additional fourteen (14) days to respond to this Court's Order to Show Cause.

5. Viral DRM filed its Motion for Default Judgment ("Motion") on October 15 2024, at ECF 36.

6. On October 23, 2024, this Court entered its Order requesting supplemental information in support of Viral DRM's Motion (ECF 38).

7. Viral DRM filed its Supplemental Information at ECF 39 on October 31, 2024.

8. A hearing on Viral DRM's Motion was held on November 6, 2024 (ECF 40). During the hearing, the Court requested additional supplemental information.

9. Viral DRM filed additional supplemental information on November 20, 2024, at ECF 42.

10. On December 9, 2024, this Court entered its Order to Show Cause Regarding Viral DRM's Standing at ECF 43, instructing Viral DRM to file additional documents by December 16, 2024, and for Viral DRM to respond to the Order by January 6, 2025.

11. After the Court issued the Orders to Show Cause on December 9, 2024, I began my investigation to obtain the requested documentation. I contacted Plaintiff's representative, Brandon Clement, and notified him of the Orders and the documentation the Court requested.

12. My investigation into the issues raised in the Court's Orders to Show Cause has continued since the OTSC was issued.

13. On December 16, 2024, Plaintiff filed additional documents consisting of licensing agreements with the Court. However, the investigation into standing has taken more time than anticipated for several reasons, specifically Mr. Clement's travel, my illnesses, and the holiday season.

   a. Mr. Clement has traveled extensively since December 9, 2024. Mr. Clement has twice traveled to Southeast Asia in this time including Viet Nam and Thailand. In addition, Mr. Clement has traveled throughout the U.S. to film videos of tornadoes in different states. Mr. Clement's travel has made it difficult to speak with him and review documents since December 9, 2024.

   b. I have been out of the office both for the holidays and because I was ill. I am still recovering from an illness I contracted on December 25, 2024.

    c. The Christmas and New Year holidays have made it even more difficult to consult with Mr. Clement since Mr. Clement has also covered events like New Years' Fireworks in different parts of the world.

14. Until this week, I was only able to speak or message with Mr. Clement briefly on December 9, 11, 19, and 27, 2024. The documents I requested from Mr. Clement were not in his possession because he was working remotely and the documents were stored on his computer in Mississippi. Our conversations were not substantive or fruitful.

15. Mr. Clement and the undersigned's law firm are now set to speak the week of January 6, 2025, when he will be back in the U.S.

16. Viral DRM has nine (9) related cases and for each, a similar Order to Show Cause was entered.

17. No defendant has appeared with which to confer on this extension request. This brief extension will not cause any prejudice to the Parties or the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 2, 2025

                                            */s/ Matthew L. Rollin*
                                            MATTHEW L. ROLLIN
                                            **SRIPLAW, P.A.**

                                            *Counsel for Plaintiff Viral DRM LLC*